**NOT FOR PUBLICATION**

**FILED**

UNITED STATES COURT OF APPEALS

JUL 30 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

FOR THE NINTH CIRCUIT

JAMES NEWLIN,

　　　　　Plaintiff - Appellant,

　v.

MARIA LYNNE NEWLIN; KAYLA
ELLIS; RYAN WILLIAM KINNEY;
KATHLEEN ELENA CENTERS;
KARLENE BEHRINGER; ANDREA
POWERS; PRAXIS HEALTH; LAKESIDE
PEDIATRIC & ADOLESCENT
MEDICINE, PLLC,

　　　　　Defendants - Appellees,

and

IDAHO DEPARTMENT OF HEALTH
AND WELFARE, Honorable ROSS D.
PITTMAN, JULIE L. DOTY, MARTHA
TERESA ROLETTO, ALEX SEMANKO
POORMAN,

　　　　　Defendants.

No. 25-2178

D.C. No. 2:24-cv-00150-DCN

MEMORANDUM[*]

Appeal from the United States District Court
for the District of Idaho
David C. Nye, District Judge, Presiding

---

　　[*]　　This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

Submitted July 29, 2026[**]

Before:      McKEOWN, TALLMAN, MENDOZA, JR., Circuit Judges.

James Newlin appeals pro se the district court's order denying his Federal Rule of Civil Procedure 60(b)(6) motion for relief from judgment in his action alleging federal and state law claims.  We have jurisdiction under 28 U.S.C. § 1291.  We review for an abuse of discretion.  *Navajo Nation v. Dep't of the Interior*, 876 F.3d 1144, 1173 (9th Cir. 2017).  We affirm.

The district court did not abuse its discretion by denying Newlin's Rule 60(b)(6) motion because Newlin failed to demonstrate any basis for relief.  *See id.* (explaining that "Rule 60(b) relief should be granted sparingly . . . and only where extraordinary circumstances prevented a party from taking timely action to prevent or correct an erroneous judgment" (emphasis omitted) (citation and internal quotation marks omitted)).

We do not consider arguments and allegations raised for the first time on appeal.  *See Padgett v. Wright*, 587 F.3d 983, 985 n.2 (9th Cir. 2009).

**AFFIRMED.**

---

[**]      The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).